# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: UFCW Unions and Employers Midwest Health Benefits Fund, et al v. Genes Tire Service, Inc.

Case Number: 20-cv-03231

An appearance is hereby filed by the undersigned as attorney for:

UFCW Unions and Employers Midwest Health Benefits Fund, Powell, O'Toole, Willigman, Jordan, Kinney, and Seehafer

Attorney name (type or print): Joseph C. Torres

Firm: Karmel Law Firm

Street address: 221 N. LaSalle Street, Suite 1550

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6327887
(See item 3 in instructions)

Telephone Number: (312) 641-2910

Email Address: joe@karmellawfirm.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 1, 2020

Attorney signature: S/Joseph C. Torres

Revised 8/1/2015

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015